(January 16, 1987)

■ GREGORY R. WALDRON, Respondent, v T. D. CAMPBELL et al., Appellants.—Motion by respondent to dismiss appeal from judgment entered July 14, 1986, granted, on the ground that the appeal from said judgment was untimely taken (CPLR 5513). Mahoney, P. J., Kane, Main, Levine and Harvey, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GILES WADE, Petitioner, v R. H. KUHLMANN, as Superintendent of Sullivan Correctional Facility, et al., Respondents.—Application, pursuant to CPLR 7002 (b) (2), for writ of habeas corpus denied (*see, People ex rel. Davis v Coombe* (97 AD2d 667). Kane, J. P., Main, Casey, Weiss and Mikoll, JJ., concur.